# UNITED STATES DISTRICT COURT
for the
Southern District of Georgia
Savannah Division

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| Antwan Rivers ) | Case No: CR495-00123-015 |
| ) | USM No: 08932-021 |
| Date of Previous Judgment: January 9, 1996 ) | Kenneth Barre and John Ossick |
| (Use Date of Last Amended Judgment if Applicable) ) | Defendant's Attorney |

FILED
2009 JUN 12 AM 11:09
SO. DIST. OF GA.

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons ☒ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☒ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __204__ months **is reduced to** __162 months__.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)
Previous Offense Level: 34            Amended Offense Level: 32
Criminal History Category: II          Criminal History Category: II
Previous Guideline Range: 168 to 210 months   Amended Guideline Range: 135 to 168 months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
☒ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

**III. ADDITIONAL COMMENTS**
The Court carefully considered each and every sentencing factor set forth in 18 U.S.C. § 3553(a) when reviewing the defendant's motion.

Except as provided above, all provisions of the judgment dated __January 9, 1996,__ shall remain in effect.
**IT IS SO ORDERED.**
Order Date: June 12th, 2009

Judge's signature

William T. Moore, Jr.
Chief Judge, U.S. District Court

Effective Date: _____
(if different from order date)
Printed name and title