FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2015 NOV -2 PM 4: 52

CLERK_____
SO. DIST. OF GA.

UNITED STATES DISTRICT COURT
for the
Southern District of Georgia
Savannah Division

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| Antwan Rivers ) | Case No: 4:95-CR-00123-15 |
| ) | USM No: 08932-021 |
| Date of Original Judgment: January 9, 1996 ) | Kenneth Marc Barre and John J. Ossick, Jr. |
| Date of Previous Amended Judgment: January 9, 2012 ) | Defendant's Attorney |
| *(Use Date of Last Amended Judgment, if any)* | |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons ☒ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG § 1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☒ DENIED. ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided above, all provisions of the judgment dated January 9, 2012, shall remain in effect.

**IT IS SO ORDERED.**

Order Date: Nov. 2, 2015

_____
Judge's signature

William T. Moore, Jr.
Judge, U.S. District Court
Southern District of Georgia

Effective Date: _____
*(if different from order date)*
Printed name and title