# UNITED STATES DISTRICT COURT
for the

Southern District of Georgia
Savannah Division

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No: 4:95-cr-00123-15 |
| Antwan Rivers ) | USM No: 08932-21 |
| ) | |

Date of Original Judgment: January 9, 1996
Date of Previous Amended Judgment: January 9, 2012
(Use Date of Last Amended Judgment if Any)

Kenneth Marc Barre and John J. Ossick, Jr.
*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(1)(B)

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons ☒ the court under 18 U.S.C. § 3582(c)(1)(B) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the First Step Act of 2018 pursuant to Pub. L. No. 115-391, and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED. ☒ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of 120 months **is reduced to** 82 months.

*(Complete Parts I and II of Page 2 when motion is granted)*

In addition to reducing the imprisonment term as noted above, the previously imposed term of supervised release is reduced to a term of 4 years.

[FILED stamp: U.S. DISTRICT COURT SAVANNAH DIV. 2019 APR -8 PM 1:55 CLERK SO. DIST. OF GA.]

Except as otherwise provided, all provisions of the judgment dated January 9, 1996, shall remain in effect.
**IT IS SO ORDERED.**

Order Date: April 8, 2019

*Judge's signature*

Effective Date: _____
*(if different from order date)*

William T. Moore, Jr.
Judge, U.S. District Court
*Printed name and title*